IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-1183-JLK**

**DAWN BARNES and RICHARD BARNES,**

    Plaintiffs,

v.

**REGENT ASSET MANAGEMENT SOLUTIONS, INC.,**

    Defendant.

## ORDER OF DISMISSAL

Kane, J.

Upon consideration of the Stipulation of Dismissal With Prejudice (doc. #16), filed December 2, 2009, it is

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**, the parties to bear their own costs and attorney fees.

Dated this 2nd day of December, 2009.

                            BY THE COURT:

                            *S/John L. Kane*
                            JOHN L. KANE, SENIOR JUDGE
                            UNITED STATES DISTRICT COURT